# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| BARBARA J. BANEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:14-CV-04248-NKL |
| ROBERT McDONALD, | ) |
| Defendant. | ) |

## ORDER

On 3/19/2015, the Court entered its Order Concerning Pretrial Procedures for Action Commenced by Pro Se Plaintiff. Doc. [13]. The parties were ordered to file a joint proposed scheduling order no later than 4/7/2015, and Defendant's counsel was ordered to take the lead in preparing and filing it. The Court on its own motion extended the deadline for filing of the joint proposed scheduling order to 4/21/2015. Doc. [16].

On 4/21/2015, Plaintiff Barbara Baney filed what she captioned a "Joint Proposed Scheduling Order/Discovery Plan." Doc. [17]. The filing is not actually a joint filing, because it is not signed by Defendant McDonald or his attorney. Baney explains she has not received any communication from McDonald or his attorney, and that she filed the document to attempt to comply with the Court's order.

No later than 5/14/2015, Defendant McDonald shall file a proposed scheduling order per the Order Concerning Pretrial Procedures for Action Commenced by Pro Se Plaintiff, [Doc. 13].

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 29, 2015
Jefferson City, Missouri